AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 E. Camelback Rd., Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@ashrlaw.com
E-Mail: ham@ashrlaw.com
D. Lamar Hawkins – 013251
Heather A. Macre - 026625
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

RUBEN DIAZ,

                Debtor.

Address:      PO Box 11036
                  Scottsdale, AZ 85271-1036

Social Security No(s).: xxx-xx-1325

Chapter 11 Proceedings

Case No. 2:16-bk-08654-DPC

**PETITION FOR AUTHORITY TO RETAIN COUNSEL FOR THE DEBTOR**

Ruben Diaz (the "Debtor") petitions the Court as follows:

1. On July 28, 2016, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is in need of legal representation during the term of the Chapter 11 proceeding.

3. The firm of Aiken Schenk Hawkins & Ricciardi P.C. ("ASHR") is familiar with the Debtor's financial situation and is qualified to represent the Debtor.

4. The professional legal services ASHR shall render include, without limitation, preparation of pleadings and applications and conducting of examinations incidental to administration, advising the Debtor of its rights, duties, and obligations under Chapter 11 of the Bankruptcy Code, taking any and all other necessary action incident to the proper preservation and administration of this Chapter 11 estate, and advising the Debtor in the formulation and presentation of a plan pursuant to Chapter 11 of the Bankruptcy Code, the disclosure statement and concerning any and all matters relating thereto.

1

5. As evidenced by the affidavit filed concurrently herewith, ASHR is a disinterested party, does not hold or represent an interest adverse to the estate, and will assist the Debtor in carrying out the Debtor's duties under Chapter 11.

6. To the best of Debtor's knowledge, ASHR has no connection with the Debtor, creditors, or any other party in interest, or any of their respective attorneys, or any person employed in the office of the United States Trustee, and represents no interest adverse to Debtor or the bankruptcy estate, except as set forth in the Verified 2014 Statement on file with the Court and as follows: ASHR also represents Prosolutions L.L.C. ("Prosolutions") in its Chapter 11 proceedings which is pending before the Court. The Debtor is the manager of Prosolutions. It is the intent to seek joint administration of these proceedings.

7. The fees of ASHR for legal services to be provided to the Debtor will be at an hourly rate of $30.00 per hour to $500.00 per hour.

WHEREFORE, the Debtor prays that this Court authorize the retention of Aiken Schenk Hawkins & Ricciardi P.C. as the attorneys for the Debtor during the Chapter 11 proceeding or until further order of the Court.

DATED this 29th day of July, 2016.



_____
Ruben Diaz

COPY of the foregoing mailed, or served
via electronic notification* or fax** if so marked,
this 29th day of July, 2016, to:

U.S. TRUSTEE'S OFFICE * ustpregion14.px.ecf@usdoj.gov
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706

State of Arizona
Office of the Attorney General
Mitchell Allee* Mitchell.Allee@azag.gov
Cherie Howe* Cherie.Howe@azag.gov
1275 W. Washington St.
Phoenix, AZ 85007-2926
*Attorneys for State of Arizona*

599807.1

2

| 1  | Michael G. Helms* mghelms@mghlawfirm.com |
|    | Helms Law Group PLC |
| 2  | 1302 W. Camelback Rd. |
|    | Phoenix, AZ 85013-2107 |
| 3  | *Attorneys for Ruben Diaz* |
| 4  | /s/ *[signature]* |
| 5  |  |

3

599807.1