

**AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
2390 E. Camelback Rd., Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@ashrlaw.com
E-Mail: ham@ashrlaw.com
D. Lamar Hawkins – 013251
Heather A. Macre - 026625
Attorneys for Debtor

SO ORDERED.

Dated: August 12, 2016

_____
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PROSOLUTIONS L.L.C.,<br><br>Debtor.<br><br>Address: PO Box 11036<br>Scottsdale, AZ 85271-1036<br><br>Taxpayer ID No(s).: xx-xxx9642 | Chapter 11 Proceedings<br><br>Case No. 2:16-bk-08653-MCW<br>Case No. 2:16-bk-08654-MCW<br><br>(Jointly Administered)<br><br>(This pleading relates to both Debtors)<br><br>**ORDER DIRECTING (1) JOINT ADMINISTRATION; (2) TRANSFER OF ASSIGNMENT OF CASES TO ONE JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION** |
| In re:<br><br>RUBEN DIAZ,<br><br>Debtor.<br><br>Address: PO Box 11036<br>Scottsdale, AZ 85271-1036<br><br>Social Security No(s).: xxx-xx-1325 | |

This matter comes before the Court on Prosolutions L.L.C.'s Motion for Joint Administration of its Chapter 11 Case (No. 2:16-bk-08653-MCW) with the Chapter 11 Case of Ruben Diaz (No. 2:16-bk-08654-DPC). The Court considered such Motion for joint administration at a hearing held on August 11, 2016 at 11:00 a.m. There having been no objections filed and just cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The bankruptcy proceedings of Chapter 11 Case (No. 2:16-bk-08653-MCW) and Ruben Diaz (No. 2:16-bk-08654-DPC) shall be jointly administered under Case No. 2:16-bk-08653-MCW by The Honorable Madeleine C. Wanslee. This order is on an interim basis and will become

610236.1

1

final 21 days from the date of the noticing of this Order if no objections are filed hereto.  In the event an objection is filed, the Court will set a hearing on such objection.

2. All pleadings, orders and other documents filed shall be captioned as follows to reflect that the cases are jointly administered:

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PROSOLUTIONS L.L.C.,<br><br>      Debtor.<br><br>Address:  PO Box 11036<br>      Scottsdale, AZ 85271-1036<br><br>Taxpayer ID No(s).: xx-xxx9642 | Chapter 11 Proceedings<br><br>Case No. 2:16-bk-08653-MCW<br>Case No. 2:16-bk-08654-MCW<br><br>(Jointly Administered)<br><br>(This pleading relates to both Debtors) |
| In re:<br><br>RUBEN DIAZ,<br><br>      Debtor.<br><br>Address:  PO Box 11036<br>      Scottsdale, AZ 85271-1036<br><br>Social Security No(s).: xxx-xx-1325 | |

3. Dockets shall continue to be maintained for the Debtors in both cases. All pleadings and documents shall be filed in the lower-numbered "lead" case, number 2:16-bk-08653-MCW, except that the following pleadings and documents shall be filed in the specific case to which the pleading or document relates: a) Schedules & Statements of Financial Affairs; b) Monthly Operating Reports; c) Interim & final applications to employ; d) Interim and final applications for compensation; e) Reports filed pursuant to F.R.B.P. 2015.3; and f) Proofs of Claim.

4. Proofs of claim filed by creditors of each debtor shall reflect the style and case number of the debtor to which the claim relates and in whose case such claim is to be filed.

5. Separate claims registers shall be maintained for each case.

6. Counsel for the Debtors shall be, and hereby are, directed to mail, via first class mail, this Order to all creditors and parties in interest and the United States Trustee and file an appropriate certificate of service with this Court.

**DATED AND SIGNED ABOVE.**

Approved as to Form:

/s/ Christopher J. Pattock
CHRISTOPHER J. PATTOCK
Trial Attorney
Office of the United States Trustee
United States Department of Justice